**UNITED STATES of America, Plaintiff–Appellee,**

v.

**MARLENI DEL CARMEN ARANA– CHAVARRIA, Defendant– Appellant.**

**No. 14–50171.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2015.*

Filed Jan. 28, 2015.

Anne Kristina Perry, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office

of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Anthony E. Colombo, Jr., Esquire, Law Offices of Anthony E. Colombo, Jr., San Diego, CA, for Defendant–Appellant.

Before: CANBY, GOULD and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Marleni Del Carmen Arana–Chavarria appeals from the district court's judgment and challenges the 60–month sentence imposed following her guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Arana–Chavarria contends that the district court erred by failing to compare her culpability to that of other participants in the drug smuggling organization when it denied her a minor role adjustment under U.S.S.G. § 3B1.2(b). We review de novo the district court's interpretation of the guidelines and for clear error the district court's factual determination that a defendant is not a minor participant. *See United States v. Hurtado,* 760 F.3d 1065, 1068 (9th Cir.2014). Contrary to Arana–Chavarria's contention, the record reflects that the court properly considered Arana–Chavarria's culpability relative to that of the average participant. *See* U.S.S.G. § 3B1.2

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cmt. n. 3(A). Further, in light of the totality of the circumstances, the district court did not clearly err in determining that Arana–Chavarria failed to prove that she was entitled to the adjustment. *See id.* § 3B1.2 cmt. n. 3(C); *Hurtado,* 760 F.3d at 1069.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.